**Exhibit A to the Complaint**

**Location:** Hollywood, FL

**Total Works Infringed:** 40

**IP Address:** 98.211.249.147

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 6799F98C8266D28FE3F0530ECED6E28F55A803D6 | 01/01/2026 17:53:41 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 2 | 02dce00bbaac2c21526de20da29bdca4ab2c7032 | 01/17/2026 00:22:02 | Blacked Raw | 04/11/2025 | 04/22/2025 | PA0002526983 |
| 3 | 02b6bd34179ef7ec6bbbf7bc2af7a3615c7ba1f1 | 01/16/2026 01:52:00 | TushyRaw | 01/04/2026 | 01/07/2026 | PA0002559442 |
| 4 | 021b76671dd063ee017d03a1a9092117f675b2a5 | 01/15/2026 12:01:13 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 5 | 9906c0f68f5ac00847195efd90eae0771fff001d | 01/11/2026 18:14:35 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 6 | 9f6e125fde30bc176baf50905dc27f622ae1570a | 01/11/2026 18:05:03 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 7 | 9c4f946b9c0e5f596fe2e59e514005c886e2ce60 | 01/07/2026 01:49:01 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |
| 8 | 004d2daa28040095ee8e539d93e4faf7391c94fe | 01/04/2026 00:24:02 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 9 | 16b25e64eba0303a9c1ce033b5f287375638e2f6 | 01/03/2026 19:50:40 | Blacked | 05/28/2025 | 06/09/2025 | PA0002534209 |
| 10 | 7a172964501176470fe983a6acbf25a9bf3bc07b | 01/01/2026 18:03:46 | Wifey | 11/22/2025 | 11/26/2025 | PA0002554942 |
| 11 | 07C4C945B71DC4F1E4CC9AEFC9653C5A60242BCB | 01/01/2026 17:28:14 | Blacked Raw | 11/17/2025 | 11/26/2025 | PA0002554952 |
| 12 | 0C9D2BFE9A5181BFF195C8F2CE63DCC20E36CF79 | 01/01/2026 17:24:10 | Blacked | 08/26/2025 | 09/16/2025 | PA0002550979 |
| 13 | 1426360cd1ddd71b26abdc43e392bdbbe4eaca8c | 01/01/2026 00:38:47 | Vixen | 03/21/2025 | 03/28/2025 | PA0002522461 |
| 14 | 14f51645638952d1e1964d81424be06f2e732f1b | 12/30/2025 05:09:59 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 15 | 19cd2c3fb1eaef78e2f54a65965fdefaade16f55 | 12/21/2025 02:14:06 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 16 | 6c9d5c3cfc499c4bd13479be51082a4db1e947ab | 11/28/2025 04:52:07 | TushyRaw | 04/17/2025 | 04/23/2025 | PA0002527297 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 6d08156db6887cddbb8740e5f5a56353935f5c1e | 11/28/2025 02:55:37 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 18 | 657ed526979b3a09d3298a86f9aba424290d6c8b | 10/24/2025 14:30:27 | Blacked Raw | 07/24/2023 | 08/17/2023 | PA0002425531 |
| 19 | 664865f3b20b4d255d3580c9f65d636834cd413b | 10/24/2025 14:29:33 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 20 | 658034bc3e35ae0c93707fc3ba386135c2b97659 | 10/23/2025 14:24:32 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 21 | 8c89235a77a4adaadf60858ef5efb625b97d1c56 | 09/28/2025 19:42:00 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 22 | 89f47897820aaa0a8d8e8e3a2259a865aa069361 | 09/28/2025 19:03:51 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 23 | 89942ce06ec03ebf75501cf94319bb69a4ac3b67 | 09/28/2025 14:06:51 | Tushy | 06/04/2023 | 06/09/2023 | PA0002415359 |
| 24 | 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3 | 09/06/2025 23:22:36 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 25 | FC737FCE7A9548867EF99172A2951C431AA74E03 | 09/06/2025 23:20:03 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 26 | 56279A4E245E7829879B8817A765F641AEE7CE40 | 09/06/2025 22:39:44 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 27 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | 09/06/2025 22:09:24 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 28 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 09/06/2025 22:06:36 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 29 | 04bd54ba166852fc33b1d737d1c425f725e46fa1 | 09/06/2025 05:54:08 | Vixen | 02/10/2023 | 03/08/2023 | PA0002400313 |
| 30 | 067086fe379523c66668579216b833624464209a | 09/06/2025 01:43:36 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 31 | 02d333fb8178fada65d75125d61d2bd0a7b5d073 | 09/05/2025 23:12:06 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 32 | 0632097cbad62addea6615eab22c26d8f28a82c0 | 09/05/2025 22:51:52 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 33 | a7d006d697e6f746bdb483e0b3c514e05fcff457 | 08/28/2025 01:13:06 | Blacked Raw | 06/28/2023 | 07/13/2023 | PA0002420343 |
| 34 | 1b19f40fc3b4c4dc507ac6ec575a1ae66465dcc9 | 08/24/2025 04:54:22 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 31fd547f0fdc261d2aed7ff552e06a04b685359e | 08/24/2025 04:12:41 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 36 | 1e046c397c7bb6db8b48a9f3a2ba1916af4b17d2 | 08/23/2025 22:53:46 | Tushy | 08/20/2023 | 09/18/2023 | PA0002430899 |
| 37 | 1e0e8fc1061839ea33579ba3b7dc235c5e89ca89 | 08/23/2025 22:33:42 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |
| 38 | 3c59283f1c0f492d34003280b26adfab2529438a | 08/14/2025 20:44:45 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |
| 39 | 3dae0e5e519111691c3c0b57f43cc0f16b8f4455 | 08/13/2025 18:57:00 | Vixen | 03/28/2025 | 04/23/2025 | PA0002527310 |
| 40 | 3def5fe421672bbc57a07040a286bff788629cd8 | 08/13/2025 18:35:00 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |